UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **Kim F. Petre**, | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | Case No. 4:10CV02167AGF |
| | ) | |
| **Michael J. Astrue,** | ) | |
| **commissioner** | ) | |
| **Social Security Administration,** | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

The above-styled case was filed in the Eastern Division of this court on November 19, 2010, and assigned to the Honorable Audrey G. Fleissig. Because the jurisdiction of this matter lies in the Northern Division of this district, this case should have been assigned a Northern Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Northern Division of this court and assigned Case No.2:10cv0079RWS. The Honorable Rodney W. Sippel will preside.

Case No. 4:10cv02167 AGF is hereby administratively closed.

Dated this 22nd day of November, 2010.

James G. Woodward, Clerk of Court

By: /s/ Karen Moore, Deputy Clerk

Please refer to Case No. **2:10cv00079 RWS** in all future matters concerning this case.